**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

---

**No. 17-6818**

---

UNITED STATES OF AMERICA,

      Plaintiff - Appellee,

       v.

DEVON RAYMUS STURDIVANT,

      Defendant - Appellant.

---

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Robert J. Conrad, Jr., District Judge. (3:06-cr-00194-RJC-1)

---

Submitted: August 24, 201             Decided: August 29, 2017

---

Before GREGORY, Chief Judge, and SHEDD and DIAZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Devon Raymus Sturdivant, Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina; Gretchen C. F. Shappert, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Devon Raymus Sturdivant appeals the district court's order denying relief on his 18 U.S.C. § 3582(c)(2) (2012) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Sturdivant*, No. 3:06-cr-00194-RJC-1 (W.D.N.C. June 2, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*